```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              WESTERN DIVISION

IN RE: GARY W. & MARY J. BALLARD   )
                                   )
CENDANT MORTGAGE CORP.,            )
          Creditor,                )
                                   )
    vs.                            )  CASE NO. 05B70534
                                   )  JUDGE MANUEL BARBOSA
GARY W. & MARY J. BALLARD,         )
          Debtor                   )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Cendant Mortgage Corp., by and through its attorneys, Pierce & Associates, P.C., and in response to the Notice of Payment of Final Mortgage Cure, states as follows:

1. On October 14, 2005, this Court entered an Order which allowed the sum of $288.19 in attorneys fees and costs to be paid through the plan as a reasonable cost of collection. See exhibit A for a copy of the October 14, 2005 Order.

2. The Trustee has not paid these fees and they remain outstanding.

Respectfully Submitted,
Cendant Mortgage Corp.

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET
SUITE 1300
Chicago, Illinois 60602
(312)346-9088
