# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GARY W. BALLARD & MARY J. BALLARD　　　　　　　　Case Number: 05-70534
8202 NORTH ALPINE ROAD　　　　　　　SSN-xxx-xx-8728 & xxx-xx-9598
MACHESNEY PARK, IL  61115

Case filed on:　　2/11/2005
Plan Confirmed on:　　4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,008.83　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 800.00 | 800.00 | 800.00 | 0.00 |
|  | Total Legal | 800.00 | 800.00 | 800.00 | 0.00 |
| 006 | Z FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 2,148.02 | 2,148.02 | 2,148.02 | 94.89 |
|  | Total Priority | 2,148.02 | 2,148.02 | 2,148.02 | 94.89 |
| 998 | GARY W. BALLARD | 0.00 | 0.00 | 1,767.26 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,767.26 | 0.00 |
| 001 | CENDANT MORTGAGE | 6,726.00 | 6,726.00 | 6,726.00 | 0.00 |
| 002 | MEMBERS ALLIANCE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | SCI MANAGEMENT | 845.29 | 845.29 | 845.29 | 0.00 |
| 004 | VACATION VILLAGE AT WESTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WINNEBAGO COUNTY CLERK | 2,227.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,798.29 | 7,571.29 | 7,571.29 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 163.71 | 163.71 | 163.71 | 10.09 |
| 008 | RESURGENT CAPITAL SERVICES | 7,884.05 | 7,884.05 | 7,884.05 | 755.07 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DAN HERHOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 3,370.20 | 3,370.20 | 3,370.20 | 322.70 |
| 012 | HERITAGE CREDIT UNION | 754.53 | 754.53 | 754.53 | 72.36 |
| 013 | MEMBERS ALLIANCE CR UN | 967.04 | 967.04 | 967.04 | 92.53 |
| 014 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 863.36 | 863.36 | 863.36 | 82.72 |
| 016 | DI ANN BALLARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EVE BALLARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HERITAGE CREDIT UNION | 1,957.78 | 1,957.78 | 1,957.78 | 187.59 |
|  | Total Unsecured | 15,960.67 | 15,960.67 | 15,960.67 | 1,523.06 |
|  | Grand Total: | 28,870.98 | 26,643.98 | 28,411.24 | 1,617.95 |

Total Paid Claimant:　$30,029.19
Trustee Allowance:　$1,979.64
Percent Paid Unsecured:　100.00

　　　Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007　　　　By  /s/Heather M. Fagan